**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JANE ROE,<br>    Plaintiff,<br> v.<br><br>ANTHONY L. RYAN, A/K/A TONY L. RYAN, in his official and individual capacity, and PACIFICA FOUNDATION,<br>    Defendants. | CIVIL ACTION NO. 05-5867 (JAP)<br><br>**ORDER** |

  Currently pending before the Court is Plaintiff, Jane Roe's application to vacate the Court's order dismissing this matter as settled dated July 19, 2006. For the reasons stated in the Court's letter opinion dated August 14, 2006, **IT IS**

  **ON** this 14th day of August, 2006,

  **ORDERED** that Plaintiff's application to vacate the Court's July 19, 2006 order is **DENIED**.

  **SO ORDERED.**

                /s/ JOEL A. PISANO
                United States District Judge

Original: Clerk
cc:    Judge Bongiovanni
     All Parties
     File